## J. ROSENBAUM GRAIN CO. v. MITCHELL.

(Supreme Court of Texas. April 17, 1912.)

NEGLIGENCE (§ 119*)—PLEADING—PROOF.

Defendant cannot show other acts of contributory negligence than those specifically pleaded by the answer.

[Ed. Note.—For other cases, see Negligence, Cent. Dig. §§ 200–216; Dec. Dig. § 119.*]

Error to Court of Civil Appeals of Sixth Supreme Judicial District.

Action by John Mitchell against the J. Rosenbaum Grain Company. Judgment for plaintiff was affirmed in the Court of Civil Appeals (142 S. W. 121), and defendant applies for a writ of error. Application refused.

Capps, Cantey, Hanger & Short, of Ft. Worth, for plaintiff in error.

BROWN, C. J. We have carefully examined and considered plaintiff in error's application, and have concluded that it should be refused. In refusing the application we have not passed upon the question of Jones' negligence as being imputable to Mitchell, because that is not embraced in the answer of the grain company. Having pleaded specially

the acts of contributory negligence of Mitchell, the grain company must be confined to the matters pleaded. The evidence admitted can furnish no defense, in the absence of proper allegations.

The application is refused.

PHILLIPS, J., did not participate.